IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

WESTERN DIVISION

| | |
|---|---|
| BRIAN BAUER on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERGY METRO, INC., f/k/a KANSAS CITY POWER AND LIGHT COMPANY; SUTTON TRUCKING, INC.; KANSAS CITY FLY ASH, LLC; and KISSICK CONSTRUCTION CO., INC.,<br><br>Defendants. | Case No.: 4:25-cv-00157-FJG |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT
AND JOIN PARTIES**

Plaintiff Brian Bauer, on his own behalf, and on behalf of all those similarly situated, hereby seeks leave to Amend his first pleading (the Petition filed in Missouri Circuit Court) and to Join Parties, and respectfully, moves this Honorable court as follows:

1. Plaintiff filed his original Petition on January 30, 2025, in state court, in the Circuit Court of Henry County, State of Missouri.

2. On March 5, 2025, Defendant Evergy Metro, Inc. filed a Notice of Removal, removing the instant case to the jurisdiction of this United States District Court for the Western District of Missouri, Western Division. [Doc. 1]

3. On April 21, 2025, the parties filed a Joint Proposed Scheduling Order. [Doc. 29]

4. As of this filing no scheduling order has been entered.

5. Under to the proposed Joint Scheduling Order, the deadline for Joinder of Parties and Amendment of Pleadings is July 1, 2025. [Doc. 29]

6. Plaintiff recently, through post-filing investigation, has learned the identity of additional and necessary parties that need to be joined to the action. Namely, seven (7) additional trucking and/or transportation companies that also transported fly ash to or from the Montrose Generating Station Facility.

7. Accordingly, Plaintiff seeks leave to amend the Complaint and join the following entities:

- Baja Express LLC, a trucking and transportation company that transported fly ash to and from the Montrose Generating Station Facility;
- Blueline Express Trucking LLC, a trucking and transportation company that transported fly ash to and from the Montrose Generating Station Facility;
- Pavlich, Inc., a trucking and transportation company that transported fly ash to and from the Montrose Generating Station Facility; and
- Genesis Environmental Solutions, Inc., an industrial cleaning and environmental remediation and construction company that transported fly ash to and from the Montrose Generating Station Facility.
- Classic Motor Freight, LLC
- RMJK, Inc., Individually, and as Successor-in-Interest to Classic Motor Freight, LLC
- HIT, Inc., Individually, and as Successor-in-Interest to Classic Motor Freight, LLC

8. In addition, investigation has revealed additional details and particulars as to some aspects of the at-issue and relevant operations at the Montrose Generating Station, and those additional facts are set forth in the proposed First Amended Complaint.

9. A copy of the proposed First Amended Complaint is attached hereto as Exhibit "A".

10. Fed. R. Civ. Pro Rule 15(a) provides that a "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."

11. Plaintiff seeks leave to amend through this instant motion.

12. Fed. R. Civ. Pro Rule 20(a)(2) further provides, in part, that defendants

> "may be joined in one action as defendants if: (A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action.

13. Putative Defendants Baja Express LLC, Blueline Express Trucking, LCC, Pavlich, Inc., Genesis Environmental Solutions, Inc., Classic Motor Freight, LLC, RMJK Enterprises, Inc., Individually and as Successor-in-Interest to Classic Motor Freight, LLC, and HIT, Inc. Individually and as Successor-in-Interest to Classic Motor Freight, LLC upon information and belief, are trucking and transportation companies that fly ash to and from the Montrose Generating Station Facility. The putative defendants were allegedly negligent by failing to take measures to minimize fly ash from migrating from the site and from roadways leading to and from the site. Plaintiff and the class members were exposed to fly ash and now jointly and severally seek damages from Defendants. Thus, the claims against the new defendants arise out of the same transaction, occurrence, or

series of transactions or occurrences, and there are numerous questions of law or fact common to all Defendants.

14. Fed. R. Civ. Pro Rule 21 provides that the "the court may at any time, on just terms, add or drop a party."

15. This motion and requested amendment are timely and will not cause undue delay or prejudice to any existing or newly added party but rather will further the interests of justice.

16. To the extent the amendment causes any party, existing or new, to request additional time to the proposed and pending scheduling order, Plaintiff will certainly work with all parties and the Court to adjust the order accordingly.

For these reasons, Plaintiff respectfully requests an order from this Honorable Court an order granting Plaintiff leave to amend to add the following parties: Baja Express LLC, Blueline Express Trucking, LCC, Pavlich, Inc., and Genesis Environmental Solutions, Inc., Classic Motor Freight, LLC, RMJK Enterprises, Inc., Individually and as Successor-in-Interest to Classic Motor Freight, LLC, and HIT, Inc. Individually and as Successor-in-Interest to Classic Motor Freight, LLC.

Respectfully submitted,

/s/ *Kenneth B. McClain*

| Kenneth B. McClain | #32430 |
| Andrew K. Smith | #22480 |
| Jonathan Soper | #61204 |

HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 W. Lexington, Suite 400
Independence, Missouri 64050
Telephone: (816) 836-5050
Fax: (816) 836-8966
kbm@hfmlegal.com
aks@hfmlegal.com
jms@hfmlegal.com

and

Gary V. Cover                # 28854
Wesley D. Hilton             #60944
Benjamin Bellamy             #75470
COVER & HILTON LAW, L.L.C.
137 West Franklin Street
Clinton, Missouri  64735
Telephone:   (660) 885-6914
Fax:               (660) 885-6780
wes@coverhiltonlaw.com

and

Michael X. Edgett
Audara L. Lutjen
CASON, EDGETT, MAHAN, & LUTJEN
608 E. Ohio Street
Clinton, Missouri 64735
(660)-885-2234
mike.edgett@cemllaw.net
Audara.lutjen@cemllaw.net

and

James C. Johns               #29711
J. Eric  Mitchell            #48477
Matthew D. Lowe              #54747
JOHNS, MITCHELL, DUNCAN & LOWE LLC
102 West Jefferson Street
Clinton, Missouri 64735
Telephone:   660-885-6161
Facsimile:     660-885-5411
johns@jmdllaw.com
eric@jmdllaw.com
matt@lowemail.org

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Andrew K. Smith*

An Attorney for Plaintiff
